

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br><br><br>Rodolfo SANCHEZ-Marcia,<br><br><br><br>　　　　　　Defendant. | Magistrate Docket No. '22 MJ1442<br><br><br>COMPLAINT FOR VIOLATION OF:<br>Title 8, U.S.C. § 1326 Deported Alien Found In The United States |

The undersigned complainant being, duly sworn, states:

On or about April 24, 2022, within the Southern District of California, defendant, Rodolfo SANCHEZ-Marcia, an alien, who previously had been excluded, deported and removed from the United States, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached probable cause statement, which is incorporated herein by reference.

SIGNATURE OF COMPLAINANT
Giancarlo Lugo
Border Patrol Agent

SWORN AND ATTESTED TO UNDER OATH BY TELEPHONE, IN ACCORDANCE WITH FEDERAL RULE OF CRIMINAL PROCEDURE 4.1, ON APRIL 25, 2022.

HON. DANIEL E. BUTCHER
United States Magistrate Judge

**CONTINUATION OF COMPLAINT:**
Rodolfo SANCHEZ-Marcia

**PROBABLE CAUSE STATEMENT**

On April 24, 2022, Border Patrol Agent T. Karjala, was performing assigned duties in the Chula Vista Border Patrol Station's area of responsibility. At approximately 9:50 PM, a Department of Defense scope operator, relayed information of a group of three individuals in an area known to Border Patrol agents as the "1418 Firebreak." Agent Karjala arrived in the area and after a brief search, encountered three individuals hiding behind a bush.

Agent Karjala approached the individuals, and announced "United States Border Patrol," in English, and conducted an immigration inspection. This area is located approximately four miles east of the Otay Mesa, California, Port of Entry and approximately five miles north of the United States/Mexico International Boundary. Each individual, to include one later identified as the defendant, Rodolfo SANCHEZ-Marcia, stated that they are citizens of Mexico without the proper immigration documents allowing him to enter or remain in the United States legally.

At approximately 10:05 PM, Agent Karjala placed all three individuals, including SANCHEZ, under arrest.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant stated that he is a citizen of Mexico illegally present in the United States. The defendant admitted that he had been previously deported from the United States and has not applied or requested permission to re-enter the United States legally. The defendant stated that he illegally entered the United States on April 24, 2022.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprints. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to Mexico on November 8, 2017 through Brownsville-Matamoros, Texas. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.